**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing: YES<br>Exhibits Filed: YES

PROCEEDING MEMO − CHAPTER 7

**Case: 24-00007-MCR**            Date:   6/30/2025 at 10:00 a.m.
**Brian King, et al. vs. Roger Schlossberg, Trustee**            and 7/1/2025 at 10:00 a.m.

Appearances:   Maurice Belmont VerStandig, counsel for Plaintiffs
               Frank J. Mastro, counsel for Defendant

Also present:  Roger Schlossberg, Defendant/Chapter 7 Trustee
               Gregory B. Myers, Debtor (pro se Debtor)

[17] Application to Compromise Controversy with King Plaintiffs, Filed by Roger Schlossberg. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Certificate of Service # 4 Certificate of Service # 5 List of All Creditors)

   [19] Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G)

   [22] Supplement to Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit H # 2 Exhibit I)

[20] Motion *to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* Filed by Roger Schlossberg.(related document(s) 19 Objection filed by Debtor Gregory B. Myers) (Attachments: # 1 CMECF Mailing Information # 2 Proposed Order)

   [23] Response on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg).

   [24] Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)23 Response filed by Debtor Gregory B. Myers, 20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Attachments: # 1 Mailing Information)

| | |
|---|---|
| COMMENTS: | Mr. Schlossberg testified on 6/30/25, and Mr. Myers testified on 7/1/25.  With regard to exhibits: |

- The Court admitted Trustee's Exhibits 1-2 and 4-11 and did not admit Trustee's Exhibit 3 (the Trustee's exhibits are filed at Dkt. No. 36 in Adv. No. 24-00007);
- The Court admitted King Parties' Exhibits 1-3 (the King Parties' exhibits are filed at Dkt. No. 1062 in Case No. 15-26033); and
- The Court admitted Debtor's Exhibits 1, 3, 4, and 6, took judicial notice of Debtor's Exhibits 2 and 7-9, and did not admit Debtor's Exhibit 5 (the Debtor's exhibits are attached to this proceeding memo).

The parties put on their evidence and made their closing arguments.

| | |
|---|---|
| DISPOSITION: | Hearing held.  Court will give oral ruling on 7/3/25 at 10:00 a.m. by videoconference.  Court will issue hearing notice. |