IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.
_____/

Case No. 15-26033-MCR
(Chapter 7)

BRIAN KING, et al.,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

    Defendant.
_____/

Adv. No. 24-00007

## NOTICE OF APPEAL

Gregory B. Myers appeals to the United States District Court for the District of Maryland from the ORDER APPROVING TRUSTEE'S COMPROMISE AND SETTLEMENT WITH KING PARTIES (Doc 61) entered on July 3, 2025, by the United States Bankruptcy Court for the District of Maryland in Adversary Case No. 24-00007, a copy of which is attached hereto as **Exhibit A**.

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

    Appellee: Roger Schlossberg, Chapter 7 Trustee

        Counsel:
        Frank J. Mastro
        Roger Schlossberg
        Schlossberg & Mastro

18421 Henson Blvd., Suite 201
Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

Counsel:
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Dated: July 17, 2025.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　Gregory B. Myers, *pro se*
　　　　　　　　　　　　　　　700 Gulf Shore Blvd. N.
　　　　　　　　　　　　　　　Naples, Florida 34102
　　　　　　　　　　　　　　　(301) 325-2312
　　　　　　　　　　　　　　　gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers, *pro se*